IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM GAIRLOCH | : | Civ. No. 4:13-CV-00900 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| THE PENNSYLVANIA STATE UNIVERSITY, | : | |
| Defendant. | : | |

**ORDER**
January 7, 2015

AND NOW, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT:**

1. The Defendant's Motion for Summary Judgment is GRANTED (ECF No. 22).

2. The Plaintiff's claims are DISMISSED.

3. The Clerk is directed to enter judgment for the Defendant and close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge